GRANGER & COMPANY and Another, Appellants, v. HARRY L. ALLEN, as Trustee, in Bankruptcy of AMERICAN RAILWAY BROTHERHOOD ASSOCIATION,

Inc., Bankrupt, and Another, Respondents.— Order dated January 19, 1923, granting stay, amended by adding to title of same the action of Harry L. Allen, as trustee, etc., v. Helen Stone and others.　[See 205 App. Div. 863.]